JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASEVI, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE ACORN COMPANY, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. CV08-07145 AHM (JTLx)<br><br>[Complaint Filed On October 29, 2008]<br><br>**JUDGMENT**<br><br>Judge:   Honorable A. Howard Matz |

IT IS HEREBY ORDERED THAT:

  I. Defendant The Acorn Company's Motion for Summary Judgment is **GRANTED**.

  II. Plaintiff Basevi, Inc.'s Complaint is **DISMISSED WITH PREJUDICE**.

  III. **JUDGMENT IS ENTERED** in favor of Defendant The Acorn Company.

  IV. Defendant The Acorn Company is awarded its costs in the amount of $_____.__.

Dated: January 04, 2010

_____
Honorable A. Howard Matz
United States District Court Judge

JS-6